# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


FILED
CLERK, U.S. DISTRICT COURT
SEPT 15, 2017'
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Angel Beltran,

            Plaintiff,

v.

Collection Bureau of the Hudson Valley, Inc.,

           Defendant.

17-cv-05963-VAP-GJS

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion to Dismiss Complaint filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 9/15/17

                                          Virginia A. Phillips
                                          Chief United States District Judge