# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
SEPT 29, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Angel Beltran,

              Plaintiff,

v.

NBS Default Services, LLC; Wells Fargo Bank N.A.; and Does 1 through 20, inclusive,

              Defendant.

17-cv-05963-VAP-GJS

# AMENDED JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion to Dismiss Complaint filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 9/29/17

                                          Virginia A. Phillips
                                          Chief United States District Judge